IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANFERNEE JAMAL LIMBERHAND,<br><br>Defendant. | CR 20-11-BLG-SPW-TJC<br><br>**ORDER VACATE DETENTION HEARING** |

Defendant has filed a Motion to Vacate the Detention Hearing. (Doc. 20.) Accordingly, the detention hearing currently scheduled for May 1, 2020, at 9:30 a.m. is VACATED.

DATED this 30th day of April, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge